# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No. SACV 09-1435 DOC (ANx)            Date: June 14, 2010

Title: NIPPONKOA INSURANCE COMPANY, LTD. v. 4-SPEED DELIVERY SERVICE, INC.

DOCKET ENTRY
      [I hereby certify that this document was served by first class mail or Government messenger service, postage prepaid, to all counsel (or parties) at their respective most recent address of record in this action on this date.]
                                             Date:_____  Deputy Clerk: _____

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Stephanie Mikhail | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS: ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                                  NONE PRESENT

PROCEEDING (IN CHAMBERS): ORDER TO SHOW CAUSE

      This matter comes before the Court on its own motion and upon review of the Complaint filed by Plaintiff Nipponkoa Insurance Company, Ltd. ("Nipponkoa"). Nipponkoa alleges the existence of federal jurisdiction pursuant to 28 U.S.C. § 1332 in that the parties are diverse and the amount in controversy exceeds $75,000. Nipponkoa alleges that Defendant 4-Seped Delivery Service, Inc. is a citizen of California, while Nipponkoa is a foreign citizen.

      However, the Complaint's conclusory allegation as to the location of Nipponkoa's principal place of business is insufficient. *See* Compl. ¶ 2. Specifically, Nipponkoa has failed to allege that its "nerve center" is not located in California. *See Hertz Corp. v. Friend*, 130 S.Ct. 1181 (2010).

      Accordingly, Nipponkoa is ORDERED TO SHOW CAUSE, in writing, within fourteen (14) days of the filing of this Order as to why this case should not be dismissed for lack of jurisdiction.

      The Clerk shall serve this minute order on all parties to the action.

MINUTES FORM 11 DOC                                           Initials of Deputy Clerk sdm
CIVIL - GEN                                                                    Page 1 of 1